IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE LUIS RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-11-CA-389-FM |
| | § | |
| COUNTY OF EL PASO, TEXAS, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

On this day, the court considered Jose Luis Rodriguez's ("Rodriguez") "Plaintiff's Unopposed Motion for Leave to File First Amended Complaint" ("Motion") [ECF No. 16], filed January 10, 2012. Rodriguez requests the court to allow him to file an amended complaint in this action. He represents that the County of El Paso, Texas does not oppose his Motion. The court finds it should, and hereby does, **GRANT** "Plaintiff's Unopposed Motion for Leave to File First Amended Complaint" [ECF No. 16]. The Clerk of the Court is instructed to docket "Plaintiff's First Amended Complaint," which is attached to his Motion as ECF No. 16-1.

**SO ORDERED.**

**SIGNED** this **11th** day of **January**, **22012**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**